IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHRISTOPHER B. ROLEY

    Petitioner(s)

vs.

ANTHONY BRIGANO

    Respondent(s)

Case Number: 1:03-cv-00523

Senior District Judge S. Arthur Spiegel

## JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . .the Court hereby ADOPTS the Magistrate Judge's report (doc. 12), AFFIRMS the Magistrate Judge's recommended decision (Id.), and DENIES WITH PREJUDICE Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1). Further, this Court CERTIFIES pursuant to 28 U.S.C. § 1915(a) that an appeal from this Order adopting the Magistrate Judge's Report and Recommendation would not be taken in good faith and DENIES Petitioner leave to proceed on appeal in forma pauperis. Finally, this Court has considered each of Petitioner's claims on the merits and FINDS that a certificate of appealability should not issue because, for the foregoing reasons, Petitioner has failed to make a substantial showing of the denial of a constitutional right remediable in the federal habeas corpus proceeding. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

3/14/06                                                                               James Bonini, Clerk

                                                                              s/Kevin Moser
                                                                              Kevin Moser
                                                                              Deputy Clerk